United States District Court

Eastern District of California

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12 Willie R. Beasley,
13        Petitioner,      No. Civ. S 05-0851 DFL PAN HC
14   vs.                      Order
15 Claude E. Finn, Warden,
16        Respondent.
17                           -oOo-

18    Petitioner seeks leave to proceed in forma pauperis in a
19 habeas corpus action.  A habeas petitioner must either pay a
20 $5.00 filing fee or submit an affidavit showing he or she is
21 unable to pay or give security for the fee.  28 U.S.C. § 1915(a).
22    Petitioner's in forma pauperis affidavit shows he currently
23 is employed.  His average monthly balance over the last six
24 months was $207.91 and his average monthly deposits over the last
25 six months were $98.92.  Petitioner has failed to show he is
26

1 unable to pay the filing fee.  <u>Alexander v. Carson Adult High
2 School</u>, 9 F.3d 1448 (9th Cir. 1993).
3     Accordingly, within 20 days petitioner must submit the $5.00
4 filing fee to the Clerk of the Court.  Otherwise the case will be
5 closed.
6     So ordered.
7     Dated:  May 10, 2005.

                                        /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge