United States District Court

Eastern District of California

Willie Ray Beasley,

    Petitioner,

vs.

Claude E. Finn, et al.,

    Respondents.

No. Civ. S 05-0851 DFL PAN P

Order

-oOo-

    Petitioner alleges his constitutional right to due process was violated in connection with California parole proceedings.

    Respondent moved August 9, 2005, to dismiss based on the district court's ruling in <u>Sass v. California Bd. of Prison Terms</u>, 376 F. Supp. 2d 975 (E.D. Cal. 2005), which is pending on appeal.

    Respondent's motion to dismiss is denied without prejudice and respondent shall answer the petition within 30 days.

///

1 Respondent may renew his motion to dismiss if appropriate after
2 the court of appeals rules in <u>Sass</u>.
3    So ordered.
4    Dated:  November 22, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

2