1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8   WILLIE RAY BEASLEY,

9        Petitioner,

10        v.                                    CIV-S-05-0851 DFL PAN P

11   CLAUDE E. FINN, et al.,                    MEMORANDUM OF OPINION
                                                    AND ORDER
12
          Respondents.
13

14

15        On December 7, 2005, respondents filed a request for

16   reconsideration of the magistrate judge's order filed November

17   23, 2005, denying without prejudice their motion to dismiss and

18   directing them to file within thirty days an answer to

19   petitioner's application for writ of habeas corpus.  Under E.D.

20   Local Rule 72-303(f), a magistrate judge's orders shall be upheld

21   unless "clearly erroneous or contrary to law."

22        The court has previously addressed this issue in Johnson v.

23   Finn, No. 05-385 (E.D. Cal. March 31, 2006).  In that case, the

24   court found that California state law created a narrow liberty

25   interest in parole.  Id. at 2-3.  Based on the court's previous

26   ruling in Johnson, the respondents' motion is denied.

1

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed November 2005, is affirmed.

2. Respondents shall file and serve an answer to the petitioner within forty-five days from the date of this order.

3. Petitioner's traverse shall be filed and served not later than thirty days thereafter.

Dated: 6/13/2006

DAVID F. LEVI
United States District Judge