IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIE RAY BEASLEY,** | CIV S-05-0851 DFL PAN P |
| Petitioner, | |
| v. | |
| **CLAUDE E. FINN, et al.,** | **ORDER** |
| Respondent. | |

On July 25, 2006, respondents filed a request for an extension of time in which to file an answer to the petition. For good cause shown, IT IS HEREBY ORDERED that respondent is granted a thirty-day extension of time, to and including August 30, 2006, within which to file an answer to the petition.

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

14
beas0851.ext