IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE RAY BEASLEY,

    Petitioner,               No. 2:05-cv-0851 JAM KJN P

   vs.

CLAUDE E. FINN, et al.,

    Respondents.        ORDER
_____/

        Petitioner is proceeding without counsel on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 7, 2009, counsel for respondents filed a notice that petitioner was paroled on April 22, 2009. Good cause appearing, IT IS ORDERED that petitioner show cause, within thirty days, why this action should not be dismissed as moot.

DATED: February 12, 2010

                              /s/ Kendall J. Newman
                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

beas0851.osc